**Motion Granted; Dismissed and Memorandum Opinion filed May 6, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00313-CR
## NO. 14-13-00314-CR

### BRANDON JAMES ANGEL-CROWELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1299754 & 1304292**

## M E M O R A N D U M   O P I N I O N

A written request to withdraw the notices of appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeals dismissed. We direct the clerk of the court to issue the mandates of the court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).